UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN FRANKLIN,

      Plaintiff,

v.                                                                                  Case No: 6:25-cv-199-JSS-RMN

RANGEWATER REAL ESTATE,
LLC and RANGEWATER
RESIDENTIAL, LLC,

      Defendants.

_____/

**ORDER**

The parties have filed a joint stipulation of dismissal with prejudice. (Dkt. 22.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action . . . by filing . . . a stipulation of dismissal signed by all parties who have appeared."). Rule 41(a)(1)(A)(ii) "requir[es] each and every party that has thus far appeared in [the] lawsuit"—including "a party that appeared but has already been removed from [the] action"—"to sign [the] stipulation of dismissal." *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1038 (11th Cir. 2023). Here, all the parties that have appeared signed the stipulation through their legal counsel. (*See* Dkt. 22 at 1.) Thus, the requirements for dismissal under Rule 41(a)(1)(A)(ii) are met. Accordingly, this case is **DISMISSED with prejudice** with each party to bear its own attorney fees and costs. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close this case.

- 2 -

**ORDERED** in Orlando, Florida, on August 1, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record